IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THE PAUL REVERE LIFE INSURANCE COMPANY          PLAINTIFF

VS.          CIVIL ACTION NO. 5:03cv448BrSu

DEMOS P. MARKOS          DEFENDANT

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing, and the Court being advised that the same has been compromised and settled to the satisfaction of all parties and that there remain no issues to be litigated by or between the parties nor adjudicated or determined by the Court, it is

ORDERED AND ADJUDGED that this cause be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 8th day of December, 2005.

         S/DAVID BRAMLETTE
         UNITED STATES DISTRICT JUDGE

AGREED:

         s/Ford Bailey
Attorney for Plaintiff, The Paul
Revere Life Insurance Company

         s/Eric T. Hamer
Attorney for Defendant,
Demos P. Markos